UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

MIN GAO,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

No. 5:26-cv-05405-JDE

JUDGMENT

In accordance with the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is:

(1) granted, in part, with Respondents ORDERED to

(a) provide an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Min Gao (A# 237-007-047)** within seven (7) days of this Order, with instructions that the immigration judge must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; or

(b) release Petitioner from custody subject only to narrowly tailored conditions of release, if any, no more restrictive than necessary to ensure

her appearance as required and to protect the community, if she is not timely provided with the aforementioned bond hearing; and

(2) denied with prejudice as to all other requests for substantive relief.

Dated: September 25, 2026__

______________________________
JOHN D. EARLY
United States Magistrate Judge